IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18- 01126 |
| | ) |
| DEF. NO. 1:  SSCY INDUSTRIES, CPX-2, | ) |
| 9mm PISTOL, SERIAL NUMBER 479618; | ) |
| | ) |
| DEF. NO. 2:  APPROXIMATELY 107 | ) |
| ROUNDS OF ASSORTED 9mm | ) |
| AMMUNITION, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys,

Stephen R. McAllister, United States Attorney for the District of Kansas, and

Sean M.A. Hatfield, Special Assistant United States Attorney, brings this

complaint and alleges as follows in accordance with Supplemental Rule G(2)

of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1.     This is an action to forfeit and condemn to the use and benefit of

the United States of America the following assets: An SCCY Industries CPX-

2 9mm pistol, serial number 479618, and approximately 107 rounds of

assorted 9mm ammunition, for violations of 18 U.S.C. § 922(g)(3).

## THE DEFENDANT IN REM

2.      The defendant assets consists of: An SCCY Industries CPX-2

9mm pistol, serial number 479618, and approximately 107 rounds of assorted

9mm ammunition that was seized by the Bureau of Alcohol, Tobacco,

Firearms, and Explosives (ATF) during the execution of a federal search

warrant at XXXX Haskell Avenue, Kansas City, Kansas, in the District of

Kansas, on December 20, 2017. The property is currently in the custody of

ATF.

## JURISDICTION AND VENUE

3.      Plaintiff brings this action in rem in its own right to forfeit and

condemn the defendant assets. This Court has jurisdiction over an action

commenced by the United States under 28 U.S.C. § 1345, and over an action

for forfeiture under 28 U.S.C. § 1355.

4.      This Court has in rem jurisdiction over the defendant assets

under 28 U.S.C. § 1355(b). Upon filing this complaint, the plaintiff requests

that the Court issue an arrest warrant in rem pursuant to Supplemental

Rule G(3)(b), which the plaintiff will execute upon the assets pursuant to 28

U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.      Venue is proper in this district pursuant to 28 U.S.C.

§ 1355(b)(1), because the acts or omissions giving rise to the forfeiture

2

occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant assets are located in the district.

## BASIS FOR FORFEITURE

6.     The defendant assets are subject to forfeiture pursuant to 18 U.S.C. § 924(d) as property involved in violations of 18 U.S.C. § 922(g)(3).

## FACTS

7.     Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial. Such facts and circumstances supporting the seizure and forfeiture of the defendant assets are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant assets; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the assets; that the defendant assets be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

3

Respectfully submitted,

STEPHEN R. McALLISTER
United States Attorney

SEAN M.A. HATFIELD
Ks. S. Ct. No. 24098
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
T: (316) 269-6481
F: (316) 269-6484
sean.hatfield@usdoj.gov

## DECLARATION

I, John M. Hegarty, Special Agent, Bureau of Alcohol, Tobacco, Firearms and

Explosives (ATF):

I have read the contents of the foregoing Complaint for Forfeiture, and the

exhibit thereto, and the statements contained therein are true to the best of my

knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27 day of April , 2018.

John M. Hegarty Special Agent
ATF

4

I, John Hegarty, being duly sworn, declare and state the following is true and correct to the best of my knowledge and belief.

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a component of the U.S. Department of Justice and have been so employed since May 17, 2015. I am currently assigned to ATF Kansas City Group I, and am charged with investigating violations of Federal Firearms, Explosives, and Arson Laws. I have successfully completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to this employment, I was a Police Officer with Leawood, Kansas Police Department and attended the 16 week Johnson County Regional Police Academy in Overland Park, Kansas. Prior to employment with the Leawood Police Department, I attended Metropolitan State College of Denver, where I earned a Bachelor Degree in   istory with a minor in Criminal Justice. During the course of my employment, I have received training in investigations and have participated in numerous firearm related investigations, which led to the prosecution of suspects.

2. On or around December 20, 2017, Special Agents (SA) and Task Force Officers (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) executed a federal search warrant at XXXX Haskell Avenue, Kansas City, Kansas for firearms and narcotics. During the initial clearing of the residence the main target, Casey KINCAID, was located coming up the stairs from the basement, as well as three other individuals located on the main floor who were identified as Shaun CALVERT, Brandi Calvert, and Melodi Hyatt.

3. After the residence was secured, ATF personnel began a search of the residence. During the search, the following firearms and ammunition were recovered:

- (1) SCCY Industries, model CPX-2, 9mm pistol, serial number 479618 (from on top of a dresser in the northwest (NW) bedroom);

- Approximately 107 rounds of assorted 9mm ammunition (including 20 hollow point 9mm rounds);

- (1) Taurus International, model PT 24/7 PRO, 9mm pistol, serial number TAS38532 (from a purse in the NW bedroom).

4.  Upon further investigation and interviews of subjects at the residence, the two firearms were identified as belonging to Brandi Calvert (SCCY pistol) and Melodi Hyatt (Taurus pistol). During an interview of Calvert, it was discovered Calvert is a current users of marijuana. Calvert stated she has been smoking marijuana for the past 10 years and usually smokes it before bed because it helps her sleep. Calvert acknowledged she had smoked marijuana last night before going to bed. Calvert said she had purchased the SCCY Industries, model CPX-2, 9mm pistol, serial number 479618 sometime in October 2017, and noted she still had the receipt and gun box.

5.  Also during the interview, Calvert stated she and Kincaid were previously in a relationship, and she had been living at Kincaid's residence for a little while. Calvert acknowledged the NW bedroom of the residence was her room. Upon request, Calvert gave verbal and written consent for ATF personnel to search her phone, which was taken from the scene and returned to Calvert several days later.

6.  After the search of the residence was completed, ATF personnel recovered numerous items of paraphernalia, several digital scales, packaging materials, a notebook with handwritten notes including names and dollar amounts, numerous cell phones, one laptop computer, and

2

approximately one (1) pound of suspected marijuana. Additionally, the items recovered from the NW bedroom (identified as Calvert's) included a small baggie containing suspected marijuana THC wax (located on top of dresser), several small baggies containing suspected marijuana (located in the closet), several glass smoking pipes and a grinder (located on top of dresser), the gun box for Calvert's firearm (located in a dresser drawer) and Calvert's purse with a court payment receipt inside bearing the name "Brandi Calvert."

7. Based on Calvert's statements about her current drug use, and the marijuana and paraphernalia located in her bedroom, ATF determined Calvert was prohibited from possessing firearms. The SCCY pistol and assorted ammunition were seized and taken into ATF custody.

8. On December 21, 2017, SA Hegarty searched Calvert's phone per her written consent. Of interest, SA Hegarty observed numerous text messages sent and received by Calvert which discussed marijuana, including Calvert asking Kincaid for marijuana. Also, there were text messages from Calvert to Kincaid, asking for how much money Kincaid would sell certain quantities of marijuana to Calvert's associates. Furthermore, numerous photos of drug paraphernalia, suspected marijuana, and suspected marijuana joints were observed.

9. Based on the foregoing, I have probable cause to believe that Brandi Calvert was a drug user at the time of the firearm seizure, in violation of 18 U.S.C. § 922(g)(3). Accordingly, the firearms and assorted ammunition described in paragraph 3 above are subject to forfeiture pursuant to 18 U.S.C. § 924(d).

3

I declare under penalty of perjury that the foregoing is true and correct. Executed on this
27 day of April, 2018.

John Hegarty
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 27th day of April, 2018.

NOTARY PUBLIC

My commission expires: 1/27/2022.

VIRGINIA KERR
Notary Public - Notary Seal
STATE of MISSOURI
Clay County
Commission # 14572107
My Commission Expires: January 27, 2022

4